**SNYDER BURNETT EGERER, LLP**
**Christopher M Cotter (SB# 273144)**
**Evan R. McDonough (SB# 311101)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
ccotter@sbelaw.com
emcdonough@sbelaw.com

**CUSTODIO & DUBEY LLP**
**Miguel A. Custodio (SB# 248744)**
**Robert Abiri (SB# 238681)**
448 S. Hill Street, Suite 615
Los Angeles, California 90013
Telephone No.: 213.593.9095
Facsimile No.: 213.785.2899
custodio@cd-lawyers.com
abiri@cd-lawyers.com

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEJO CAMPOS, an individual, | 2:20−cv−03023−RGK−E |
| Plaintiff, | Hon. R. Gary Klausner |
| v. | [Los Angeles Superior Court Case No. 19STCV46161] |
| ALTON PALMER TRUCKING, LLC, a South Dakota limited liability company; PATRICK ALAN DANKS, an Individual, and DOES 1 through 25, Inclusive, | [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL PURSUANT TO [FRCP 41(a)] |
| Defendants. | TRIAL: April 27, 2021 |

///

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 10, 2021

_____
Hon. R. Gary Klausner